UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A SMITH
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

THE CITY OF NY
P.O. David loCurto
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

12-CV-4891

AMENDED

COMPLAINT

Jury Trial: ☑ Yes   ☐ No
(check one)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-2013
```

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Mark A Smith
            Street Address   223 Ten Eyck Walk 1A
            County, City   Brooklyn NY H
            State & Zip Code   NY 11206
            Telephone Number   347-981-5266

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   THE CITY OF NY
                  Street Address   N/A

Rev. 05/2010

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name P.O. David Locurto
Street Address 357 W 35 Street
County, City N.Y
State & Zip Code NY
Telephone Number N/A

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? N.Y.C on E. 16th St

B.   What date and approximate time did the events giving rise to your claim(s) occur? July 16, 2008

**What happened to you?**
**Who did what?**

C.   Facts: On July 16 2008 On E. 16th street N.Y, NY Plaintiff was unlawfully seized and arrested by defendant David Locurto for allegedly violating Tax Code 1814. At the time of seizing and arresting plaintiff defendant knew that Plaintiff had not committed a crime. Subsequently criminal charges were dismissed against plaintiff and the case sealed.

**Was anyone else involved?**

**Who else saw what happened?**

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff suffered great angst and humiliation by being arrested for a crime he did not commit

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To award Plaintiff $2,000,000 in damages and to declare that Plaintiff's 4th, 8th, and 14th Amend. rights were violated

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1 day of July, 2013.

Signature of Plaintiff _____

Mailing Address  223 Ten Eyck Walk 1A
Brooklyn NY. 11206

Telephone Number  347-981-5266

Fax Number (if you have one) _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CV 04891

MARK A SMITH

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK and
POLICE OFFICER JOHN DOE

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## COMPLAINT

Jury Trial:  ☑ Yes   ☐ No
                    *(check one)*

RECEIVED
JUN 20 2012
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name         MARK A. SMITH
              Street Address  223 Ten Eyck Walk 1A
              County, City    Brooklyn,
              State & Zip Code  NY  11206
              Telephone Number  347-981-5266

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name  THE CITY OF NEW YORK
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 2   Name  POLICE OFFICER JOHN DOE
                  Street Address  1 Police Plaza
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  4th, 8th and 14th Amend.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

Rev. 05/2010

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _In NYC on E 16th Street_

B.  What date and approximate time did the events giving rise to your claim(s) occur? _On or about the 16th day of July 2008_

C.  Facts: _On or about the 16th day of July 2008 the Plaintiff was arrested by defendant Police Officer John Doe and charged with violating various criminal statutes. Subsequent to the unlawful seizure and arrest of Plaintiff the criminal complaint was dismissed and sealed under Docket No. 2008 NY 052568_

[What happened to you?]
[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV.  **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Plaintiff suffered extreme emotional distress and ~~excruciating~~ pain from the illegal arrest_

*Rev. 05/2010*

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff ask the Court to find defendants unlawfully seized and arrested Plaintiff and to award Plaintiff one million ($1,000,000) dollars in compensatory damages for the violation of his 4th, 8th and 14th Amend. Rights.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of June, 2012.

Signature of Plaintiff  Mark A. Sn____

Mailing Address  223 Ten Eyck Walk 1A
Brooklyn, NY 11206

Telephone Number  347-981-5266

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010