UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_MARK A SMITH_

*(In the space above enter the full name(s) of the plaintiff(s).)*

AMENDE
COMPLAINT

-against-

_THE CITY of N.Y_
_Police Officer David LoCurto_

Jury Trial: ☒ Yes   ☐ No
(check one)

12 CV 4891
(KPF)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/13

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _MARK A. SMITH_
Street Address _223 Ten Eyck Walk 1A_
County, City _Brooklyn_
State & Zip Code _NY 11206_
Telephone Number _347-981-5266_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _THE CITY of NEW YORK_
Street Address _____

*Rev. 05/2010*

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 2    Name _P.O. David LoCurto_____

Street Address _357- W 35 Street_____

County, City _NY_____

State & Zip Code _NY_____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _4th, 8th and 14th Amend_____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 109 E. 16th Street, NY NY

B. What date and approximate time did the events giving rise to your claim(s) occur? July 16, 2008

C. Facts: On July 16, 2008 Plaintiff was seized and arrested by Police Officer David LoCurto for allegedly violating the Tax Code. Thereafter the City of New York maliciously prosecuted the Plaintiff in an attempt to force a guilty plea to a crime that was not committed.

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff suffered great angst and humiliation at being arrested and an exacerbation of a pre existing back injury

Rev. 05/2010

V.  **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To award $2,000,000 in Compensatory damages for the violation of Plaintiff's 4th, 8th and 14th Amend rights

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of July, 2013.

Signature of Plaintiff

Mailing Address  223 Ten Eyck Walk, 1A
Brooklyn, NY 11206

Telephone Number  347-981-5266

Fax Number (if you have one) _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*